

FILED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2008 FEB -4 AM 6:50

| | | |
|---|---|---|
| KATHY HAINEY, et. al. | : | CASE NO. 1:02CV00733 |
| Plaintiffs | : | (Hon. Sandra S. Beckwith) |
| v. | : | |
| CARL L. PARROTT, et. al. | : | |

### SPECIAL MASTER'S NINTH APPLICATION FOR EXPENDITURE OF FUNDS

Comes now the Special Master and applies to this Court for an order directing the Special Master to make the following payments out of the Hainey Class Action Settlement Fund being held at U.S. Bank, Cincinnati, Ohio, as follows:

|   |   | Amount |
|---|---|---|
| 1. | **917 Partners**<br>917 Main Street, Suite 300<br>Cincinnati, Ohio 45202<br>– per attached invoices for postage and related service charges from November 28, 2007 - January 25, 2008 | $45.94 |
| 2. | **917 Partners**<br>917 Main Street, Suite 300<br>Cincinnati, Ohio 45202<br>– per attached invoices for copying expense from November 28, 2007 - January 25, 2008 | $13.90 |
| 3. | **917 Partners**<br>917 Main Street, Suite 300<br>Cincinnati, Ohio 45202<br>– per attached invoices for long distance calls from November 20, 2007 - January 21, 2008 | $1.25 |
| 4. | **Cincinnati Bell**<br>P.O. Box 748003<br>Cincinnati, Ohio 45274-8003<br>- per attached invoice dated January 14, 2008 | $119.26 |

Page 2

| | Amount |
|---|---|
| 5. **Steve Sunderland, Ph.D.**<br>4129 Georgia Avenue<br>Cincinnati, Ohio 45223<br>- per attached billings | $1,500.00 |

In order to pay these invoices, the Special Master is requesting permission to instruct U.S. Bank to issue checks payable as listed above to be drawn from monies on deposit in the Hainey Class Action Settlement Fund.

Further, the Special Master requests permission for the transfer of funds from the authority of Hamilton County, Ohio to the authority of the Special Master effective February 8, 2008.

Respectfully submitted,

MARLENE PENNY MANES [0022575]
917 Main Street, Suite 400
Cincinnati, Ohio 45202
Phone: (513) 977-4214
Fax: (513) 977-4238

SPECIAL MASTER

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Special Master's Ninth Application for Expenditure of Funds, along with the proposed Order, was served on John H. Metz, Attorney for Plaintiffs, 4400 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202, and David T. Stevenson, Assistant Prosecuting Attorney, Hamilton County Prosecutor's Office, William Howard Taft Law Center, 230 E. Ninth Street, Suite 4000, Cincinnati, Ohio 45202, by ordinary U.S. mail, this 31st day of January, 2008.

MARLENE PENNY MANES

**Postage Meter Billing**
Nov 28 Dec 21
**Hainey**

| | |
|---|---|
| Months Balance | $0.00 |
| Service Charge | $19.07 |
| Equipment Maintenance | |
| Current Month Amount | $6.98 |
| Total Pieces | 8 |
| Total Amount Due | $26.05 |

**Postage Meter Billing**
Dec 22 Jan 25th
**Hainey**

| | |
|---|---|
| **Months Balance** | $26.05 |
| **Service Charge** | $19.07 |
| **Equipment Maintenance** | |
| **Current Month Amount** | $0.82 |
| **Total Pieces** | 2 |
| **Total Amount Due** | $45.94 |

## Invoice-917 Partners
## January 08'
## Services Billing
## Hainey Class Action Suit

| | |
|---|---|
| COPIER CODE # 4 | |
| Nov 28 Dec 21 | $9.50 |
| **SUBTOTAL** | $9.50 |
| **ARREARAGE / to date** | |
| **LATE CHARGE** | |
| **TOTAL AMOUNT DUE** (Due no later than the 5th) | $9.50 |

If you have any questions please see
Jim Hartke or Rodger Walk immediately.

# Invoice-917 Partners
## February 08'
## Services Billing
## Hainey Class Action Suit

**COPIER CODE # 4**

Dec 22 Jan 25 — $4.10

| | |
|---|---|
| **SUBTOTAL** | $4.10 |
| **ARREARAGE / to date** | $9.50 |
| **LATE CHARGE** | |
| **TOTAL AMOUNT DUE** (Due no later than the 5th) | $13.60 |

If you have any questions please see
Jim Hartke or Rodger Walk immediately.

# Invoice-917 Partners
## January 08 '
## Services Billing
## Hainey Class Action Suit

| | | |
|---|---|---|
| Long Distance | 11/20/07 12/21/07 | $1.14 |

**SUBTOTAL**

**ARREARAGE / to date**

**LATE CHARGE**

**TOTAL AMOUNT DUE**
(Due no later than the 5th) — $1.14

If you have any questions please see
Jim Hartke or Rodger Walk immediately.

# Invoice-917 Partners
# February 08'
# Services Billing
# Hainey Class Action Suit

| | | |
|---|---|---|
| <u>Long Distance</u> | 12/20/07 1/21/08 | $0.11 |

**SUBTOTAL**

**ARREARAGE / to date**      $1.14

**LATE CHARGE**

**TOTAL AMOUNT DUE**
**(Due no later than the 5th)**      $1.25

If you have any questions please see
Jim Hartke or Rodger Walk immediately.

# Cincinnati Bell

HAINEY CLASS ACTION
SETTLEMENT FUND
917 MAIN 4TH FLOOR
CINCINNATI OH 45202

To make a payment or get additional
information about your bill,
contact us:
www.cincinnatibell.com
513-566-5050

Invoice Date: 1/14/2008　　Account #: 513-381-5900 008　　Page: 1 of 2

**Total Amount Due:　　$119.26**

Due Date: February 4, 2008
If payment received after February 4: $124.26

### Previous Charges

| | |
|---|---|
| Last Month Total Due | $119.30 |
| Payment Received (through Jan 16, 2008) | $62.15CR |
| Current Adjustments (through Jan 16, 2008) | $0.00 |
| Past Due Charges  *Please pay now* | $57.15 |

Covers the period: Jan 14, 2008 - Feb 13, 2008
See following page(s) for details

### Current Charges

| | |
|---|---|
| Local Services | |
|    Business Phone | $57.16 |
| Local Service Taxes | $4.95 |
| This month's total | $62.11 |

**Total Amount Due　　$119.26**

Thank you for choosing Cincinnati Bell. We appreciate your business.

Please return this remittance slip with your payment

---

# Cincinnati Bell

#BWNKCBJ
#555 9WSE E9SW G55#
AV 01 021253 86356B 68 A**5DGT
101 005 094
HAINEY CLASS ACTION
SETTLEMENT FUND
917 MAIN 4TH FLOOR
CINCINNATI OH 45202-1352

Account #: 513-381-5900 008

**Total Amount Due on February 4: $119.26**
If payment received after February 4: $124.26

Your Payment:

$ _____ . __

PO BOX 748003
CINCINNATI OH 45274-8003

5133815900008722  *00000304*000012426000011926

---

Advertisement: BlackBerry Pearl $99.99 — Featuring: Bluetooth Speakerphone, 1.3-megapixel camera, Media player. Data plans start at $29.99 with the first month FREE. everywhere. Call 513-566-5050. *New activation of voice and data service plan, credit approval, and 24-month service agreement required. Offer ends January 31, 2008.

**STEVE SUNDERLAND, Ph.D., Grief Educator**
4129 Georgia Avenue
Cincinnati, Ohio 45223
513.919.2538
sundersc@email.uc.edu

Ms. Penny Manes, Special Master
917 Main Street
Suite 400
Cincinnati, Oh 45202

1/4/08

Dear Ms. Manes:

My bill for this month is for two meetings with the Class Members on December 1 and 4th. At $500.00 per meeting, this comes to a total of $1,000. Please send at your earliest convenience. Thank you.

Sincerely,

Steve Sunderland, Ph.D.

Preview:

**Date:** Wednesday, January 30, 2008 5:19 PM
**From:** Steve Sunderland <sundersc@email.uc.edu>
**To:** maneslaw@fuse.net
**Subject:** Re: Fwd:January Bill

Dear Penny:

I held the last conference on 1/8/08 for 2 hours. This comes to $500.00. Please send at earliest convenience.

In peace,

Steve Sunderland, Ph.D.
Grief Educator

Legal Notice | Privacy Policy | Do Not Call Policy | Corporate Information | Contact Us

©1997-2004 Cincinnati Bell Inc. All rights reserved.